# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8077 FWS (MRW) | Date | December 27, 2022 |
|---|---|---|---|
| Title | Olga A. v. Kijakazi | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | James Muñoz | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. This is an action for review of an adverse decision regarding Social Security disability benefits. Plaintiff commenced the action in early November 2022. (Docket # 1.)

2. After the assigned district judge approved Plaintiff's IFP application, Magistrate Judge Wilner issued a procedures order in the action. (Docket # 10.) The order (issued on November 9) required Plaintiff to promptly serve the complaint on the government and to file an appropriate proof of service within 30 days from completing service. (Id. at 1.) To date, however, Plaintiff has failed to file such a proof of service.

3. Plaintiff is ordered to show cause why the action should not be dismissed under Federal Rule of Civil Procedure 4 and 41 for failure to prosecute or to comply with a court order. Plaintiff may discharge this OSC without further consequence by filing a proof of service – or any other legitimate response – by January 13.