JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA A., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>MARTIN O'MALLEY, <br>Commissioner of Social Security. <br><br>　　　　Defendant. | Case No. 2:22-cv-08077-FWS-MRW <br><br> JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

DATE: August 5, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. FRED W. SLAUGHTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE